IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-08-3692 |
| CAT TECH, L.L.C., *et al.*, | § § | |
| Defendants. | § § | |

**ORDER**

On October 31, 2011, the Fifth Circuit Court of Appeals reversed the grant of summary judgment in favor of the plaintiffs and remanded for further proceedings consistent with its opinion. A hearing is set for **December 1, 2011**, in Courtroom 11-B, at **8:30 a.m.** to discuss the claims that must be resolved in light of the remand and to set a schedule for resolving them. Counsel from out of town may attend by telephone if they contact the case manager, Lisa Eddins, in advance to make the necessary arrangements.

SIGNED on November 23, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge